UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JOSHUA WILLIAM WADDELL, | : | CASE NO. 18-53908 - PMB |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

Comes now Lindsay P. S. Kolba, and gives notice of her appearance on behalf of Daniel M. McDermott, United States Trustee for Region 21.

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
REGION 21

By:        /s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba @usdoj.gov